1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY, | ) | Case No. 2:16-cv-01845-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LYNN MARTINEZ, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016).  On August 4, 2016, Plaintiff first appeared in the instant case by filing a Complaint. Docket No. 1.  Accordingly, Plaintiff must file a certificate of interested parties no later than August 16, 2016.

IT IS SO ORDERED.

DATED: August 11, 2016

_____

NANCY J. KOPPE
United States Magistrate Judge