UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>LYNN MARTINEZ, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-01845-JAD-NJK<br><br>ORDER<br><br>(Docket No. 21) |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 21. The dates in the proposed discovery plan exceed the presumptively reasonable time limits set forth in the Local Rules by approximately one month. *See* LR 26-1(b). If the parties need extra time for discovery, they must request special scheduling review and explain why longer or different time periods should apply to the case. *See* LR 26-1(a). Further, stipulations relating to proceedings before the Court generally must be signed by all parties who have appeared or their attorneys, yet only Plaintiff's attorney has signed this document. *See* LR 7-1; *see also* LR IC 5-1.

Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and scheduling order (Docket No. 21). The parties shall file a new stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than November 10, 2016.

IT IS SO ORDERED.

DATED: November 7, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge