Dana A. Dwiggins, Esq., Bar No. 7049
ddwiggins@sdfnvlaw.com
Jeffrey P. Luszeck, Esq. Bar No. 9619
jluszeck@sdfnvlaw.com
SOLOMON DWIGGINS & FREER, LTD.
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 853-5483
Facsimile: (702) 853-5485

*Attorneys for Defendant Lynn Martinez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LYNN MARTINEZ, AMERICAN FUNERAL FINANCIAL, LLC, DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY and MEGAN COLLEY,<br><br>Defendants. | Case No.: 2:16-cv-01845-JAD-NJK<br><br>**STIPULATION TO CONDUCT SETTLEMENT CONFERENCE**<br><br>ECF No. 41 |
| DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY and MEGAN COLLEY,<br><br>Cross-Complainants,<br><br>vs.<br><br>LYNN MARTINEZ,<br><br>Cross-Defendant. | |

Cross-Defendant LYNN MARTINEZ, by and through her Counsel of Record, SOLOMON DWIGGINS & FREER, LTD. and Cross-Complainants DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY and MEGAN COLLEY, by and through their

4849-7527-1498, v. 1

Counsel of Record, THRONE & HAUSER (collectively "Parties")[1], hereby submit the instant Stipulation and Order to Conduct a Settlement Conference for this Honorable Court's review and consideration.

LR 16-5 provides that "[t]he Court may, in its distrection and at any time, set any appropriate civil case for settlement conference, summary jury trial, or other alternative method of dispute resolution." The Parties respectfully submit that this is an appropriate case for a Settlement Conference, because the Parties are open to settlement discussions and believe that a Settlement Conference will have good chance of resolving all remaining disputes in this case.

The Parties and their Counsel of Record are available the weeks of September 11, 18 and 25, 2017. The Parties respectfully request that this Court set the Settlement Conference for whichever of the dates is convenient for the Court.

Based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the Parties wish to conduct a Settlement Conference with the Court on one of the dates listed above, or on the soonest date that is convenient for the Court and for the Parties

RESPECTFULLY SUBMITTED June ___, 2017.

| SOLOMON DWIGGINS & FREER, LTD. | THRONE & HAUSER |
|---|---|
| By: _____ | By: _____ 7-11-17 |
| Jeffrey P. Luszeck, Esq., Bar No. 9619 | Dawn R. Throne, Esq., Bar No. 6145 |
| Cheyenne Professional Centré | 1070 W. Horizon Ridge Parkway, Ste. 100 |
| 9060 West Cheyenne Avenue | Henderson, NV 89012 |
| Las Vegas, Nevada 89129 | *Attorneys for Dianne Colley, Michelle Colley,* |
| *Attorneys for Lynn Martinez* | *Melissa Colley and Megan Colley* |

**ORDER**

Based on the parties' stipulation [ECF No. 41] and good cause appearing, IT IS HEREBY ORDERED that this case is referred to a magistrate judge for a Mandatory Settlement Conference.

_____
U.S. District Judge Jennifer Dorsey
July 11, 2017

---

[1] Plaintiff NATIONWIDE LIFE INSURANCE COMPANY has been dismissed pursuant to Order dated June 1, 2017.

4849-7527-1498, v. 1