Dana A. Dwiggins, Esq., Bar No. 7049
ddwiggins@sdfnvlaw.com
Jeffrey P. Luszeck, Esq. Bar No. 9619
jluszeck@sdfnvlaw.com
SOLOMON DWIGGINS & FREER, LTD.
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 853-5483
Facsimile: (702) 853-5485

*Attorneys for Cross-Defendant Lynn Martinez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LYNN MARTINEZ, AMERICAN FUNERAL FINANCIAL, LLC, DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY and MEGAN COLLEY,<br><br>Defendants. | Case No.: 2:16-cv-01845-JAD-NJK<br><br><br><br><br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS [AND PROPOSED ORDER]** |
| DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY and MEGAN COLLEY,<br><br>Cross-Complainants,<br><br>vs.<br><br>LYNN MARTINEZ,<br><br>Cross-Defendant. | |

Cross-Defendant LYNN MARTINEZ ("MARTINEZ"), by and through her Counsel of Record, SOLOMON DWIGGINS & FREER, LTD. and Cross-Complainants DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY and MEGAN COLLEY ("COLLEYS"), by and

through their Counsel of Record, THRONE & HAUSER (collectively "Parties")[1], hereby submit the instant Stipulation to Continue the Hearing on Motion to Dismiss currently scheduled for August 28, 2017.

Based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the hearing on Defendant MARTINEZ's Motion to Dismiss Cross-Complaint and the COLLEYS' Counter-Motion to Amend Cross-Complaint currently set for August 28, 2017 at 3:00 p.m. in front of the Honorable Judge Jennifer A. Dorsey be continued to a mutually convenient date to take place after the Settlement Conference currently scheduled for September 19, 2017.

DATED this 24th day of August, 2017.          DATED this 24th day of August, 2017.

SOLOMON DWIGGINS & FREER, LTD.          THRONE & HAUSER

*/s/ Jeffrey P. Luszeck*                           */s/ Dawn R. Throne*
By:_____          By:_____
   Jeffrey P. Luszeck, Esq., Bar No. 9619           Dawn R. Throne, Esq., Bar No. 6145
   Cheyenne Professional Centré                      1070 W. Horizon Ridge Parkway, Ste. 100
   9060 West Cheyenne Avenue                         Henderson, NV 89012
   Las Vegas, Nevada 89129                           *Attorneys for Dianne Colley, Michelle Colley,*
*Attorneys for Lynn Martinez*                      *Melissa Colley and Megan Colley*

## **ORDER**

IT IS HEREBY ORDERED, in accordance with the foregoing Stipulation, that that the hearing on MARTINEZ's Motion to Dismiss Cross-Complaint and the COLLEYS' Counter-Motion to Amend Cross-Complaint is hereby continued to September 25, 2017 at 2:30 p.m.

DATED August 25, 2017.

_____
U.S. DISTRICT JUDGE JENNIFER DORSEY

---

[1] Plaintiff NATIONWIDE LIFE INSURANCE COMPANY has been dismissed pursuant to Order dated June 1, 2017.