**Dawn R. Throne, Esq.**
Nevada Bar No. 006145
THRONE & HAUSER
1070 W. Horizon Ridge Pkwy., Suite 100
Henderson, NV 89012
Telephone: (702) 800-3580
Facsimile: (702) 800-3581
Email: dawn@thronehauser.com
Attorney for Defendants/Cross-Complainants,
Diane Colley, Michelle Colley Melissa Colley & Megan Colley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>LYNN MARTINEZ, AMERICAN FUNERAL FINANCIAL, LLC, DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY AND MEGAN COLLEY,<br><br>Defendants.<br><br>DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY AND MEGAN COLLEY,<br><br>Cross-Complainants<br>vs.<br><br>LYNN MARTINEZ,<br><br>Cross-Defendant. | Case No. 2:16-cv-01845--JAD-NJK<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS [AND PROPOSED ORDER]** |

Cross-Complainants DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY and MEGAN COLLEY ("COLLEYS"), by and through their Counsel of Record, THRONE & HAUSER and Cross-Defendant LYNN MARTINEZ ("MARTINEZ"), by and through her Counsel of Record, SOLOMON DWIGGINS & FREER, LTD. (collectively "Parties")[1], hereby submit the instant Stipulation to Continue the Hearing on Motion to Dismiss currently scheduled for September 25, 2017 for a period of at least 30 days each as the parties are very close to a global settlement and desire to minimize the expenditure of time and money in this case;

Based upon the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the hearing on Defendant MARTINEZ's Motion to Dismiss Cross-Complaint and the COLLEYS' Counter-Motion to Amend Cross-Complaint currently set for September 25, 2017 at 2:30 p.m. in front of the Honorable Judge Jennifer A. Dorsey be continued for a period of at least 30 days to the Court's next available date.

DATED this 15 day of September, 2017.   DATED this 15 day of September, 2017.

SOLOMON DWIGGINS & FREER                 THRONE & HAUSER

By: /s/ Jeffrey P. Luszeck                By: /s/ Dawn R. Throne
    Jeffrey P. Luszeck, Esq.                    Dawn R. Throne, Esq.
    Bar No. 9619                                Bar No. 6145
    Cheyenne Professional Centré                1070 W. Horizon Ridge Pkwy #100
    9060 West Cheyenne Avenue                    Henderson, NV 89012
    Las Vegas, Nevada 89129                 *Attorneys for Dianne Colley, Michelle*
*Attorneys for Lynn Martinez*                *Colley, Melissa Colley and Megan Colley*

---

[1] Plaintiff NATIONWIDE LIFE INSURANCE COMPANY has been dismissed pursuant to Order dated June 1, 2017.

# ORDER

IT IS HEREBY ORDERED, in accordance with the foregoing Stipulation, that the hearing on MARTINEZ's Motion to Dismiss Cross-Complaint and the COLLEYS' Counter-Motion to Amend Cross-Complaint is hereby continued to October 30, 2017 at 3:30 p.m.

DATED this 17th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE