Dawn R. Throne, Esq.
Nevada Bar No. 006145
THRONE & HAUSER
1070 W. Horizon Ridge Pkwy., Suite 100
Henderson, NV 89012
Telephone: (702) 800-3580
Facsimile: (702) 800-3581
Email: dawn@thronehauser.com
*Attorney for Defendants/Cross-Complainants,
Diane Colley, Michelle Colley Melissa Colley & Megan Colley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>LYNN MARTINEZ, AMERICAN FUNERAL FINANCIAL, LLC, DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY AND MEGAN COLLEY,<br><br>Defendants.<br><br>DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY AND MEGAN COLLEY,<br><br>Cross-Complainants<br><br>vs.<br><br>LYNN MARTINEZ,<br><br>Cross-Defendant. | Case No. 2:16-cv-01845--JAD-NJK<br><br>**STIPULATION TO DISBURSE FUNDS HELD BY CLERK OF THE COURT AND ORDER**<br><br>ECF No. 64 |

This Stipulation is entered into by and between the Defendant, Lynn Martinez, by and through her counsel Jeffrey P. Luszek, Esq., of Solomon Dwiggins & Freer, Ltd., and Defendant's Diane Colley, Michelle Colley, Melissa Colley and Megan Colley (collectively, the "Colleys") by and through their counsel, Dawn R. Throne, Esq., of Throne & Hauser.

By stipulation of all parties, on June 1, 2017, an Order was entered dismissing all claims in this action by and against Nationwide Life Insurance Company and American Funeral Financial, LLC.

Defendant, Lynn Martinez, and Defendant Colleys, as the only remaining parties, having executed a full Settlement Agreement hereby:

STIPULATE AND AGREE that the funds on file with the Clerk of the Court in this matter shall be released and distributed as follows:

1. $30,000.00 to the client trust fund of THRONE & HAUSER;
2. The remaining $3,802.04 to the client trust fund of SOLOMON DWIGGINS & FREER.

DATED this 30 day of October, 2017.  DATED this 30 day of October, 2017.

SOLOMON DWIGGINS & FREER　　　THRONE & HAUSER

By: /s/ Jeffrey P. Luszek　　　　　　By: /s/ Dawn R. Throne
Jeffrey P. Luszek, Esq.　　　　　　　Dawn R. Throne, Esq.
Bar No. 9619　　　　　　　　　　　　Bar No. 6145
Cheyenne Professional Centré　　　1070 W. Horizon Ridge Pkwy #100
9060 West Cheyenne Avenue　　　Henderson, NV 89012
Las Vegas, Nevada 89129　　　　　*Attorneys for Dianne Colley, Michelle*
*Attorneys for Lynn Martinez*　　　*Colley, Melissa Colley and Megan Colley*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer Dorsey
October 30, 2017