Dawn R. Throne, Esq.
Nevada Bar No. 006145
THRONE & HAUSER
1070 W. Horizon Ridge Pkwy., Suite 100
Henderson, NV 89012
Telephone: (702) 800-3580
Facsimile: (702) 800-3581
Email: dawn@thronehauser.com
*Attorney for Defendants/Cross-Complainants,*
*Diane Colley, Michelle Colley Melissa Colley & Megan Colley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>LYNN MARTINEZ, AMERICAN FUNERAL FINANCIAL, LLC, DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY AND MEGAN COLLEY,<br><br>Defendants.<br><hr>DIANE COLLEY, MICHELLE COLLEY, MELISSA COLLEY AND MEGAN COLLEY,<br><br>Cross-Complainants<br><br>vs.<br><br>LYNN MARTINEZ,<br><br>Cross-Defendant. | Case No. 2:16-cv-01845--JAD-NJK<br><br>STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE **AND ORDER**<br><br>ECF NO. 65 |

This Stipulation is entered into by and between the Defendant, Lynn Martinez, by and through her counsel Jeffrey P. Luszek, Esq., of Solomon Dwiggins & Freer, Ltd., and Defendant's Diane Colley, Michelle Colley, Melissa Colley and Megan Colley (collectively, the "Colleys") by and through their counsel, Dawn R. Throne, Esq., of Throne & Hauser.

By stipulation of all parties, on June 1, 2017, an Order was entered dismissing all claims in this action by and against Nationwide Life Insurance Company and American Funeral Financial, LLC.

Defendant, Lynn Martinez, and Defendant Colleys, as the only remaining parties, having executed a full Settlement Agreement:

HEREBY STIPULATE AND AGREE that subsequent to the Clerk of the Court disbursing the interpleaded funds held in this matter, the matter be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party shall be solely responsible for paying their own attorney's fees and costs.

IT IS FURTHER STIPULATED AND AGREED that the Settlement Conference scheduled for 9:30 a.m. on October 25, 2017 with Magistrate Judge Nancy J. Koppe be vacated; and

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

IT IS FURTHER STIPULATED AND AGREED that the hearing on Defendant MARTINEZ's Motion to Dismiss Cross-Complaint and the COLLEYS' Counter-Motion to Amend Cross-Complaint currently set for October 30, 2017 at 2:30 p.m. in front of the Honorable Judge Jennifer A. Dorsey be vacated.

DATED this 30 day of October, 2017.    DATED this 30th day of October, 2017.

SOLOMON DWIGGINS & FREER           THRONE & HAUSER

By: /s/ Jeffrey P. Luszeck                      By: /s/
Jeffrey P. Luszeck, Esq.                          Dawn R. Throne, Esq.
Bar No. 9619                                       Bar No. 6145
Cheyenne Professional Centré              1070 W. Horizon Ridge Pkwy #100
9060 West Cheyenne Avenue               Henderson, NV 89012
Las Vegas, Nevada 89129                    *Attorneys for Dianne Colley, Michelle*
*Attorneys for Lynn Martinez*                *Colley, Melissa Colley and Megan Colley*

## ORDER

IT IS SO ORDERED; this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to vacate all hearings and deadlines and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
October 30, 2017